IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARLON MAURICE ELLIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 117-091 |
| MS. YOUNG and MRS. HAMILTON, | ) ) | |
| Defendants. | ) ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Plaintiff, currently incarcerated at Augusta State Medical Prison in Grovetown, Georgia, submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983, and he requested permission to proceed *in forma pauperis* ("IFP"). (Doc. nos. 1, 2.) By Order dated August 8, 2017, the Court denied the request to proceed IFP and directed Plaintiff to submit the full $400.00 filing fee within twenty-one days. (Doc. no. 4.) Specifically, the Court found there was a balance of $6,063.18 in his prisoner trust fund account, and he had total deposits of $9,000.00 to his account for the past six months. (Doc. nos. 2, 3, 4.) The Court warned Plaintiff that failing to pay the $400.00 filing fee would result in a recommendation for dismissal of this case without prejudice. (Doc. no. 4, p. 2.)

In response, Plaintiff wrote a letter to the Clerk of Court stating he did not know how to deduct $400.00 from his trust account. (Doc. no. 5.) Thereafter, the Court explained Plaintiff is responsible for prosecuting his case, and he must follow whatever prison

procedures are in place to request the $400.00 filing fee be sent to the Court. (Doc. no. 6.) The Court also extended the deadline for paying the full filing fee until September 15, 2017, and again warned Plaintiff the consequence of failing to pay the fee would be a recommendation for dismissal without prejudice. (Id. at 2.) The deadline has passed, and Plaintiff has not paid the $400.00 or explained why he has not paid the fee.

A district court has authority to manage its docket to expeditiously resolve cases, and this authority includes the power to dismiss a case for failure to prosecute or failure to comply with a court order. Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (citing Fed. R. Civ. P. 41(b)); see also Eades v. Ala. Dep't of Human Res., 298 F. App'x 862, 863 (11th Cir. 2008) ("District courts possess the ability to dismiss a case . . . for want of prosecution based on two possible sources of authority: Fed. R. Civ. P. 41(b) or their inherent authority to manage their dockets."). Moreover, the Local Rules of the Southern District of Georgia dictate that an "assigned Judge may, after notice to counsel of record, *sua sponte* . . . dismiss any action for want of prosecution, with or without prejudice . . . [for] [w]illful disobedience or neglect of any order of the Court; or [a]ny other failure to prosecute a civil action with reasonable promptness." Loc. R. 41.1(c).

Local Rule 4.2(2) also provides that if the filing fee is not paid within twenty-one days of the denial of an IFP petition, the civil action will be dismissed. Finally, dismissal without prejudice is generally appropriate pursuant to Rule 41(b) where a plaintiff has failed to comply with a court order, "especially where the litigant has been forewarned." Owens v. Pinellas Cty. Sheriff's Dep't, 331 F. App'x 654, 655 (11th Cir. 2009) (citing Moon v.

Newsome, 863 F.2d 835, 837 (11th Cir. 1989)). see also Loc. R. 41.1(b) (Court may dismiss an action *sua sponte* for "willful disobedience or neglect of any order of the Court").

Here, Plaintiff's failure to pay the filing fee after two orders from the Court directing him to do so, or to communicate with the Court about missing the September 15th deadline amounts not only to a failure to prosecute, but also an abandonment of his case. This is precisely the type of neglect contemplated by the Local Rules. The Court also finds that the imposition of monetary sanctions is not a feasible sanction because Plaintiff has already chosen not to pay the filing fee necessary to commence a case in District Court.

For the reasons set forth herein, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 25th day of September, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA