IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MARLON MAURICE ELLIS, )
)
    Plaintiff, )
)
v. ) CV 117-091
)
MS. YOUNG and MRS. HAMILTON, )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 19.) As the Magistrate Judge explained and the objections make clear, Plaintiff, who has paid the full filing fee for this case, has not accomplished service of process on either Defendant. Plaintiff's failure to properly effect service on Defendants does not entitle him to an entry of judgment against them.

To the contrary, Plaintiff's failure to timely effect service by January 29, 2018, means that his case is subject to dismissal without prejudice. See Rule 4(m); see also doc. no. 12, pp. 2-3 (providing service instructions to Plaintiff and explaining time limit to accomplish service). If Defendants have chosen not to return waivers, then Plaintiff must make arrangements for personal service.[1] Accordingly, the Court **ADOPTS** the Report and

---

[1] Federal Rule of Civil Procedure 4(d)(2) states that if a defendant fails, without good cause, to waive service, expenses for personal service may be imposed on such defendant.

Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for summary judgment. (Doc. no. 15.)

In his recommendation, the Magistrate Judge explained Plaintiff could, if necessary, request an extension of time to effect service. (Doc. no. 17, p. 3 n.2.) Plaintiff made no such request. Nevertheless, the Court will exercise its discretion to extend the service period for the two unserved Defendants. See Henderson v. United States, 517 U.S. 654, 662-63 (1996); Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132 (11th Cir. 2005). Plaintiff shall have through and including **March 23, 2018**, to effect service of process and provide proof of service as explained in Federal Rule of Civil Procedure 4(l). Failure to provide proof of service by **March 23, 2018**, may result in the dismissal of any unserved Defendant or the entire case.

SO ORDERED this 20th day of February, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2